JUDITH DROZ KEYES (CA State Bar No. 66408)
JOHN C. POST (CA State Bar No. 233236)
MICHELLE D. FIFE (CA State No. 240554)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:         jkeyes@dwt.com
                   johnpost@dwt.com
                   michellefife@dwt.com

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC, incorrectly sued as
COMCAST CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATME DJUDJO, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>COMCAST CORPORATION,<br><br>            Defendant. | Case No.  C10-03162 EMC ADR<br><br>**STIPULATED REQUEST FOR A COURT ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES PURSUANT TO CIVIL L.R. 6-1(b), 6-2 AND 7-12** ; ORDER |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:

1. The Court's July 20, 2010, Order Setting Initial Case Management Conference and ADR Deadlines ("Initial Order") provides that the Initial Case Management Conference ("CMC") will be held on November 3, 2010, at 1:30 p.m.

2. The Initial Order further provides that the parties must file their Rule 26(f) Reports and Case Management Statements and complete initial disclosures or state objections in their Rule 26(f) Reports (collectively "corresponding filings"), by October 27, 2010.

3. The parties have agreed to participate in private mediation on November 18, 2010. If the parties settle on November 18th, neither the Court nor the parties will need to devote time to the CMC and corresponding filings.

4. Consequently, the parties respectfully request that the Court enter an Order

15

1 continuing the CMC to December 8, 2010, at 1:30 p.m., and the deadline for the corresponding

2 filings to November 29, 2010 ("Order Enlarging Time").

3     5.    There have been no previous time modifications in the case.

4     6.    The parties do not foresee entry of the proposed Order Enlarging Time having any

5 further effects on the schedule of the case.

6     IT IS SO STIPULATED.

7

8 DATED: October 13, 2010                By:  /s/ Robert Ottinger
                                               ROBERT OTTINGER
                                               Attorneys for Plaintiff FATME DJUDJO,
9                                              et al.

10

11 DATED: October 13, 2010                DAVIS WRIGHT TREMAINE LLP

12                                         By:  /s/ Michelle D. Fife
                                                MICHELLE D. FIFE
13                                              Attorneys for Defendant COMCAST
                                                CABLE COMMUNICATIONS
14                                              MANAGEMENT, LLC

15 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

16

17 DATED: __10/18/10__                    By: _____
                                              Honorable Edward M. Chen, U.S. District
18                                            Court Judge of the Northern District
                                              of California



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

DAVIS WRIGHT TREMAINE LLP

STIPULATED REQUEST FOR ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE
Case No. C 10-03162 EMC

2