JUDITH DROZ KEYES (CA State Bar No. 66408)
JOHN C. POST (CA State Bar No. 233236)
MICHELLE D. FIFE (CA State No. 240554)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:          jkeyes@dwt.com
                    johnpost@dwt.com
                    michellefife@dwt.com

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC, incorrectly sued as
COMCAST CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATME DJUDJO, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>COMCAST CORPORATION,<br><br>          Defendant. | Case No.  C10-03162 EMC ADR<br><br>**STIPULATED REQUEST FOR A COURT ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES PURSUANT TO CIVIL L.R. 6-1(b), 6-2 AND 7-12 AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:

1.  The Court's July 20, 2010, Order Setting Initial Case Management Conference and ADR Deadlines ("Initial Order") provided that the Initial Case Management Conference ("CMC") would be held on November 3, 2010, at 1:30 p.m.

2.  The Initial Order further provided that the parties had to file their Rule 26(f) Reports and Case Management Statements and complete initial disclosures or state objections in their Rule 26(f) Reports (collectively "corresponding filings"), by October 27, 2010.

3.  On October 13, 2010, the parties filed a Stipulated Request for a Court Order to Continue the Initial Case Management Conference. On October 18, 2010, the Court granted that Request and reset the deadlines for the case. The deadline to file the Case Management Statement

1  was reset for December 8, 2010, and the Initial Case Management Conference was reset for
2  December 15, 2010.

3      4.   The parties participated in private mediation on November 18, 2010. Shortly
4  thereafter, the parties reached agreement on the terms of a settlement which they are in the process
5  of implementing.

6      5.   Consequently, the parties respectfully request that the Court enter an Order
7  Resetting the Case Management Conference for January 19, 2011, at 1:30 p.m., and the deadline
8  for the corresponding filing to January 12, 2011, or other dates thereafter more convenient for the
9  Court.

10     6.   Because the parties anticipate the filing of a Request for Dismissal before the end
11 of December, the parties do not foresee entry of the proposed Order Continuing the Initial Case
12 Management Conference as having any further effects on the schedule of the case.

13     IT IS SO STIPULATED.

15 DATED: December 7, 2010          By: /s/ Robert Ottinger
                                        ROBERT OTTINGER
16                                      Attorneys for Plaintiff FATME DJUDJO,
                                        et al.

18 DATED: December 7, 2010          DAVIS WRIGHT TREMAINE LLP

19                                  By: /s/ Judith Droz Keyes
                                        Judith Droz Keyes
20                                      Attorneys for Defendant COMCAST
                                        CABLE COMMUNICATIONS
21                                      MANAGEMENT, LLC

22 **PURSUANT TO STIPULATION, IT IS ORDERED:**

23
24 **The Parties' Case Management Statement is due by** 1/19/11

25 **The Case Management Conference is set for** 1/26/11 at 1:30 p.m.

26
27 DATED: 12/14/10                   By: _____
                                        Honorable Edward M. Chen
28                                      Court Magistrate, Northern District
                                        of California

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

2

STIPULATED REQUEST FOR ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE
Case No. C 10-03162 EMC

(DAVIS WRIGHT TREMAINE LLP — left margin)